**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUONG GIANG CORP.,

    Plaintiff,

v.

TWINSTAR TEA CORP. and MING LEE TRADING INC.,

    Defendants.
_____/

No. C 06-03594 JSW

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, the motion for default judgment filed by Plaintiff Truong Giang Corp. against Defendant Twinstar Tea Corp., in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date noticed for February 2, 2007 is HEREBY VACATED.

    **IT IS SO ORDERED.**

Dated: November 21, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom