1  I. Morley Drucker (State Bar No. 29505)
   Scott R. Hansen (State Bar No. 164012)
2  FULWIDER PATTON LLP
   Howard Hughes Center
3  6060 Center Drive, Tenth Floor
   Los Angeles, California 90045
4  Telephone: (310) 824-5555
   Facsimile: (310) 824-9696
5  e-mail: mdrucker@fulpat.com and shansen@fulpat.com

6  Attorneys for Plaintiff, TRUONG GIANG CORP.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 TRUONG GIANG CORP.,                    CASE NO. C 06-03594 JSW

12         Plaintiff,                     [PROPOSED] ORDER
                                          CONTINUING THE CASE
13    v.                                  MANAGEMENT CONFERENCE

14 TWINSTAR TEA CORP. and
   MING LEE TRADING INC.,
15
           Defendants.
16

17

18 / / /

19

20

21

22

23

24

25

26

27

28

151063.1

[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT
CONFERENCE

1  The Case Management Conference, previously scheduled for Friday, January
2  7, 2007 at 1:30 p.m., is continued indefinitely, pending a ruling on Plaintiff Truong
3  Giang Corp.'s Motion for Default Judgment.

5  IT IS SO ORDERED.

7  Dated: January 3, 2007

8  _____
   JEFFREY S. WHITE
9  UNITED STATES DISTRICT JUDGE

11 Dated: December 27, 2007    Respectfully submitted,

12                              FULWIDER PATTON LLP

14                              By: _____
15                              I. Morley Drucker
16                              Scott R. Hansen
17                              Attorneys for Plaintiff, Truong Giang
                                Corp.

151063.1

[PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE         2