**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUONG GIANG CORP.,<br><br>    Plaintiff,<br><br>  v.<br><br>TWINSTAR TEA CORP. and MING LEE TRADING INC.,<br><br>    Defendants._____/ | No. C 06-03594 JSW<br><br>**ORDER REFERRING FURTHER SUBMISSION RE MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, the subsequent submissions relevant to the motion for default judgment filed by Plaintiff Truong Giang Corp. against Defendant Twinstar Tea Corp., in the above captioned matter is HEREBY REFERRED to a Magistrate Judge Edward M. Chen to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: July 23, 2007

                                                             JEFFREY S. WHITE<br>
                                                             UNITED STATES DISTRICT JUDGE

cc: Wings Hom