IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUONG GIANG CORP.,

    Plaintiff,

  v.

TWINSTAR TEA CORP. and MING LEE TRADING INC.,

    Defendants.

No. C 06-03594 JSW

**ORDER REFERRING FURTHER SUBMISSION RE MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, the submissions filed on December 7, 2007, that are relevant to the motion for default judgment filed by Plaintiff Truong Giang Corp. against Defendant Twinstar Tea Corp., in the above captioned matter are HEREBY REFERRED to Magistrate Judge Edward M. Chen to prepare a report and recommendation.

**IT IS SO ORDERED.**

Dated: February 6, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom