IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUONG GIANG CORP., | |
|     Plaintiff, | No. C 06-03594 JSW |
|     v. | **ORDER AWARDING ATTORNEY'S FEES** |
| TWINSTAR TEA CORP. and MING LEE TRADING INC., | |
|     Defendants. | |

In Magistrate Judge Edward M. Chen's Report and Recommendation regarding Plaintiff Truong Giang Corporation's ("Plaintiff") motion for an award of estimated profits and attorney's fees, Judge Chen recommended that Plaintiff be awarded attorney's fees reasonably incurred in filing the motion for an award of estimated profits and fees. This Court adopted Judge Chen's Report and authorized Plaintiff to submit evidence regarding a reasonable hourly rate and a reasonable number of hours to establish what constitutes a reasonable fee. Having received and reviewed Plaintiff's statement and supporting declaration setting out the hours and attorney billable rates per hour, the Court finds that $2652.00 constitutes a reasonable fee. Therefore, the Court HEREBY AWARDS plaintiff $2652.00 in attorney's fees.

**IT IS SO ORDERED.**

Dated: July 10, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE