IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRUONG GIANG CORP.,

    Plaintiff,

v.

TWINSTAR TEA CORP. and MING LEE TRADING INC.,

    Defendants.

No. C 06-03594 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On June 6, 2006, Plaintiff Truong Giang Corporation's ("Plaintiff") filed the above-captioned action against defendants Twinstar Tea Corporation ("Twinstar Tea") and Ming Lee Trading Incorporated ("Ming Lee"). Although Plaintiff moved for entry of default and default judgment, and was awarded such judgment, against Twinstar Tea, Plaintiff has not similarly moved against Ming Lee. Moreover, it is not clear from the record before the Court whether Plaintiff has ever served Ming Lee.

Therefore, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE as to why his case should not be dismissed against Ming Lee for failure to prosecute. Plaintiff is ORDERED to file a written response by no later than August 5, 2008.

**IT IS SO ORDERED.**

Dated: July 15, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE